# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

✓ FILED          ✓ LODGED
___ RECEIVED     ✓ COPY

SEP 2 4 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ S. DEPUTY

Jonathan Lee Riches ©,
Plaintiff

V.

DMX A/K/A EARL SIMMONS,
DEFENDANT

CIVIL NO:
CV07-01824-PHX-JAT (MHB)

## CIVIL COMPLAINT

## "ANIMAL ABUSE"

## TRO TEMPORARY RESTRAING ORDER

Comes Now the Plaintiff, Jonathan Lee Riches ©, in pro-se, Moves this Honorable to issue an order for Defendant Named in this Suit to respond. Also Moves this Honorable court to issue a Restraining order against Defendant forbidding Defendant from contacting Plaintiff. This Suit is Civil rights violations and crimes committed by Defendant pursuant to: illegal dog fighting, illegal gambling, Terroristic threats, harassment, and stalking. Plaintiff seeks $6,500,000.00 Million dollars in damages to be donated to SPCA, P.E.T.A, and the Humane Society from Defendant. Plaintiff prays for relief.

Plaintiff, Jonathan Lee Riches ©, is a former body guard and private Investigator for Defendant, currently staying in Salters, South Carolina

Defendant, DMX A/K/A EARL SIMMONS, is a rap artist and actor, currently residing in this County

Dockets.Justia.com

## 1

Between September 2004 to August 10, 2007, DMX A/K/A EARL SIMMONS hired me as his personal body guard and private investigator. I looked after DMX following and protecting him on a daily basis. I stayed in a guesthouse provided by DMX on his back property in this County

## 2

During the time working for DMX I witnessed him abuse and torture numerous Animals. This happened during numerous days and times around the world.

## 3

On June 17, 2007 - DMX broke into a Local S.P.C.A and took 3 pomeranian dogs. DMX took them home and fed them to his Pitbulls for personal amusement.

## 4

MAY 10, 2007 - This was a event called "doggy night fight". DMX invited Matt Leinart, various Navajo indians, and Steven Segal to a man made octagon dog fighting ring in back of DMX's property. That afternoon I was in a van with DMX driving around Phoenix snatching dogs from sidewalks, so DMX can use them as "tester dogs" against DMX's Pitbulls. I felt horrible by this, but I had to do what DMX said because he would threaten me and my family.

## 5

April 10, 2007 - I found out DMX is in distant relations to Fitness Guru Richard Simmons. DMX hired Richard Simmons to be a personal trainer for his Pitbulls. He Pitbulls went through a "sweaten to the oldies" workout.

## 6

On June 16, 2007, DMX stood out on his balcony at midnight and began Howling and shooting arsenal weapons in the air, Endangering his Neighbors. DMX also eats out of ALPO bowls

## 7

On October 7, 2006 - I witnessed DMX doing weird things to fish. We were on a fishing trip to Lake Mead. DMX would catch fish then jump up and down on them. DMX would bark like a dog, foam of the mouth. This odd behavior scared me to death

## 8

November 10, 2006 - At the rim of the Arizona Grand canyon DMX was high on drugs. Defendant brought his friend rapper Nelly for sight seeing. DMX made a bet to Nelly that if he threw a cat off the Grand canyon it would live. I tried to intervene. I told DMX he was a sick man. He just smiled at me and began barking. DMX then threw the cat over the rim. Poor Kitty's

## 9

Feb 21, 2007 - During a trip to Congo central Africa. DMX would shoot gorillas in the jungle and leave them there.

## 10

I witnessed DMX kill deer and wildlife without a Liscence at Yosemite National park. This occured on two occations. April 17, 2005 and Feb 24, 2006.

## 11

On Aug 4, 2007 - DMX and I had a major fallout. DMX recieved a cache of weapons from L.A. crip gangs in exchange for two Kilos of cocaine. DMX took two innocent puppy pit bulls from his dog cage and lined them up in his back yard to shoot. I had enough of this animal abuse. I tried to physically take the Uzi away from DMX. DMX pointed the weapon at my head. He also told me "Your fired white boy". Then turned back towards the dogs and fired his weapon. I was mad and irate, but scared at the same time. DMX kept laughing. I saw the devil in his eyes. DMX said to me "fuck Your S--T and get out", told me "If You tell anyone I will kill You". I left the property that day and never worked for DMX again

DMX continues to call and harass me on my cell phone using threats and bodily injury towards me. I changed my cell # three times since Aug 4th 2007, DMX somehow gets the new number, DMX has a lot of connections and I fear for my life.

### TRO TEMPORARY RESTRAINING ORDER

For all the reasons previously mentioned, Plaintiff Moves this Honorable court to issue a Restraining order against DMX forbidding DMX from Making any harassing phone calls and not to come anywhere Near me.

### CONCLUSION

Plaintiff moves this Honorable court to issue an order for Defendant DMX A/K/A EARL SIMMONS to respond. Plaintiff prays for relief

Respectfully
Submitted

Jonathan Lee Riches ©
#40948-018
FCI williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

Jonathan Lee Riches ©

## Inmate Statement

| | | PRINT |
|---|---|---|
| **Inmate Reg #:** | 40948018 | **Current Institution:** Williamsburg FCI |
| **Inmate Name:** | RICHES, JONATHAN | **Housing Unit:** WIL-A-B |
| **Report Date:** | 09/11/2007 | **Living Quarters:** A03-108LH |
| **Report Time:** | 10:24:19 AM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WIL | 9/7/2007 3:19:39 PM | GIPP0807 | | | Payroll - IPP | $0.12 | | $7.55 |
| WIL | 9/7/2007 11:41:55 AM | 73 | | | Sales | ($3.10) | | $7.43 |
| WIL | 8/28/2007 11:35:23 AM | GITS2CNV | | | Phone Rev With Rel | $2.28 | | $10.53 |
| WIL | 8/22/2007 4:49:57 PM | ITS0822 | | | Phone Withdrawal | ($1.00) | | $8.25 |
| WIL | 8/17/2007 11:35:46 AM | 75 | | | Sales | ($3.60) | | $9.25 |
| WIL | 8/15/2007 8:05:01 PM | ITS0815 | | | Phone Withdrawal | ($1.00) | | $12.85 |
| WIL | 8/10/2007 11:20:26 AM | 94 | | | Sales | ($4.65) | | $13.85 |
| WIL | 8/9/2007 1:01:46 PM | GIPP0707 | | | Payroll - IPP | $0.12 | | $18.50 |
| WIL | 8/7/2007 7:24:35 PM | ITS0807 | | | Phone Withdrawal | ($1.00) | | $18.38 |
| WIL | 8/3/2007 8:17:06 PM | ITS0803 | | | Phone Withdrawal | ($1.00) | | $19.38 |
| WIL | 8/3/2007 10:52:13 AM | 50 | | | Sales | ($5.15) | | $20.38 |
| WIL | 8/1/2007 6:38:16 PM | ITS0801 | | | Phone Withdrawal | ($2.00) | | $25.53 |
| WIL | 7/30/2007 6:34:17 PM | ITS0730 | | | Phone Withdrawal | ($2.00) | | $27.53 |
| WIL | 7/29/2007 6:31:02 PM | ITS0729 | | | Phone Withdrawal | ($1.00) | | $29.53 |
| WIL | 7/23/2007 7:36:14 PM | ITS0723 | | | Phone Withdrawal | ($1.00) | | $30.53 |
| WIL | 7/20/2007 8:13:27 AM | 54 | | | Sales | ($10.45) | | $31.53 |
| WIL | 7/18/2007 5:06:13 PM | ITS0718 | | | Phone Withdrawal | ($2.00) | | $41.98 |
| WIL | 7/13/2007 8:18:59 AM | 55 | | | Sales | ($21.15) | | $43.98 |
| WIL | 7/9/2007 2:46:38 PM | GIPP0607 | | | Payroll - IPP | $0.12 | | $65.13 |
| WIL | 7/7/2007 1:07:13 PM | ITS0707 | | | Phone Withdrawal | ($1.00) | | $65.01 |
| WIL | 7/7/2007 5:50:20 AM | 70186701 | | | Lockbox - CD | $60.00 | | $66.01 |
| WIL | 7/6/2007 11:31:49 AM | 22 | | | Sales | ($6.95) | | $6.01 |
| WIL | 7/4/2007 7:43:18 PM | ITS0704 | | | Phone Withdrawal | ($2.00) | | $12.96 |
| WIL | 6/29/2007 7:35:08 PM | ITS0629 | | | Phone Withdrawal | ($2.00) | | $14.96 |
| WIL | 6/28/2007 11:18:47 AM | 80 | | | Sales | ($4.65) | | $16.96 |
| WIL | 6/25/2007 8:21:10 PM | ITS0625 | | | Phone Withdrawal | ($1.00) | | $21.61 |
| WIL | 6/21/2007 11:36:33 AM | 97 | | | Sales | ($73.20) | | $22.61 |
| WIL | 6/20/2007 7:22:51 PM | ITS0620 | | | Phone Withdrawal | ($1.00) | | $95.81 |
| WIL | 6/19/2007 5:45:55 AM | 70185401 | | | Lockbox - CD | $60.00 | | $96.81 |
| WIL | 6/17/2007 8:12:52 PM | ITS0617 | | | Phone Withdrawal | ($2.00) | | $36.81 |
| WIL | 6/15/2007 10:58:09 AM | 39 | | | Sales | $7.60 | | $38.81 |
| WIL | 6/15/2007 10:57:20 AM | 38 | | | Sales | ($11.75) | | $31.21 |
| WIL | 6/8/2007 2:26:01 PM | GIPP0507 | | | Payroll - IPP | $0.12 | | $42.96 |

| | | | | | | |
|---|---|---|---|---|---|---|
| WIL | 6/8/2007 10:53:39 AM | 62 | Sales | ($2.70) | | $42.84 |
| WIL | 6/5/2007 6:42:31 PM | ITS0605 | Phone Withdrawal | ($2.00) | | $45.54 |
| WIL | 5/31/2007 11:23:09 AM | 83 | Sales | ($20.50) | | $47.54 |
| WIL | 5/27/2007 1:02:09 PM | ITS0527 | Phone Withdrawal | ($2.00) | | $68.04 |
| WIL | 5/17/2007 8:20:45 AM | 54 | Sales | ($25.15) | | $70.04 |
| WIL | 5/13/2007 7:39:13 PM | ITS0513 | Phone Withdrawal | ($2.00) | | $95.19 |
| WIL | 5/12/2007 1:44:44 PM | ITS0512 | Phone Withdrawal | ($2.00) | | $97.19 |
| WIL | 5/12/2007 5:45:55 AM | 70182901 | Lockbox - CD | $60.00 | | $99.19 |
| WIL | 5/9/2007 2:39:24 PM | GIPP0407 | Payroll - IPP | $0.12 | | $39.19 |
| WIL | 5/9/2007 2:39:00 PM | GIPP0407 | Payroll - IPP | $25.00 | | $39.07 |
| WIL | 4/26/2007 8:20:19 AM | 65 | Sales | ($15.85) | | $14.07 |
| WIL | 4/20/2007 11:13:54 AM | 55 | Sales | ($5.45) | | $29.92 |
| WIL | 4/20/2007 11:13:15 AM | 53 | Sales | $0.00 | | $35.37 |
| WIL | 4/17/2007 8:18:54 AM | 44 | Sales | ($0.65) | | $35.37 |
| WIL | 4/17/2007 8:17:27 AM | 43 | Sales | ($17.20) | | $36.02 |
| WIL | 4/13/2007 9:00:11 PM | ITS0413 | Phone Withdrawal | ($1.00) | | $53.22 |
| WIL | 4/10/2007 11:45:06 AM | 70180501 | Lockbox - CD | $50.00 | | $54.22 |

1 2 3

**Total Transactions: 117**

| | | |
|---|---|---|
| **Totals:** | **($48.06)** | **$0.00** |

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| WIL | $7.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.55 |
| **Totals:** | **$7.55** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$7.55** |

## Inmate Statement

| Inmate Reg #: | 40948018 | Current Institution: | Williamsburg FCI |
| Inmate Name: | RICHES, JONATHAN | Housing Unit: | WIL-A-B |
| Report Date: | 09/11/2007 | Living Quarters: | A03-108LLI |
| Report Time: | 10:24:36 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WIL | 4/10/2007 11:11:05 AM | 76 | | | Sales | ($1.55) | | $4.22 |
| WIL | 4/9/2007 2:35:58 PM | GIPP0307 | | | Payroll - IPP | $0.12 | | $5.77 |
| WIL | 4/8/2007 12:36:28 PM | ITS0408 | | | Phone Withdrawal | ($1.00) | | $5.65 |
| WIL | 4/3/2007 8:15:43 AM | 39 | | | Sales | ($15.85) | | $6.65 |
| WIL | 3/29/2007 7:56:34 PM | ITS0329 | | | Phone Withdrawal | ($2.00) | | $22.50 |
| WIL | 3/29/2007 6:50:27 PM | ITS0329 | | | Phone Withdrawal | ($2.00) | | $24.50 |
| WIL | 3/21/2007 7:49:44 AM | 59 | | | Sales | ($16.70) | | $26.50 |
| WIL | 3/14/2007 8:25:16 AM | 20 | | | Sales | ($12.30) | | $43.20 |
| WIL | 3/9/2007 1:04:35 PM | GIPP0207 | | | Payroll - IPP | $0.12 | | $55.50 |
| WIL | 3/9/2007 1:03:23 PM | GIPP0207 | | | Payroll - IPP | $12.50 | | $55.38 |
| WIL | 3/7/2007 8:17:21 AM | 46 | | | Sales | ($20.65) | | $42.88 |
| WIL | 3/4/2007 1:12:45 PM | ITS0304 | | | Phone Withdrawal | ($2.00) | | $63.53 |
| WIL | 3/2/2007 6:00:38 AM | 70177801 | | | Lockbox - CD | $50.00 | | $65.53 |
| WIL | 2/28/2007 8:15:16 AM | 39 | | | Sales | ($8.75) | | $15.53 |
| WIL | 2/21/2007 8:21:05 AM | 42 | | | Sales | ($6.70) | | $24.28 |
| WIL | 2/17/2007 7:49:34 AM | ITS0217 | | | Phone Withdrawal | ($1.00) | | $30.98 |
| WIL | 2/14/2007 11:14:30 AM | 17 | | | Sales | ($4.25) | | $31.98 |
| WIL | 2/9/2007 7:34:36 PM | ITS0209 | | | Phone Withdrawal | ($2.00) | | $36.23 |
| WIL | 2/9/2007 2:48:08 PM | GIPP0107 | | | Payroll - IPP | $0.12 | | $38.23 |
| WIL | 2/9/2007 2:47:00 PM | GIPP0107 | | | Payroll - IPP | $12.50 | | $38.11 |
| WIL | 2/7/2007 11:27:29 AM | 57 | | | Sales | ($5.90) | | $25.61 |
| WIL | 1/31/2007 11:12:16 AM | 51 | | | Sales | ($5.15) | | $31.51 |
| WIL | 1/30/2007 8:52:52 PM | ITS0130 | | | Phone Withdrawal | ($2.00) | | $36.66 |
| WIL | 1/28/2007 2:27:44 PM | ITS0128 | | | Phone Withdrawal | ($2.00) | | $38.66 |
| WIL | 1/27/2007 9:24:00 PM | ITS0127 | | | Phone Withdrawal | ($2.00) | | $40.66 |
| WIL | 1/26/2007 12:10:53 PM | TX012607 | | | Transfer - In from TRUFACS | $5.00 | | $42.66 |
| WIL | 1/24/2007 11:20:16 AM | 76 | | | Sales | ($2.60) | | $37.66 |
| WIL | 1/23/2007 6:40:28 PM | ITS0123 | | | Phone Withdrawal | ($1.00) | | $40.26 |
| WIL | 1/21/2007 2:43:42 PM | ITS0121 | | | Phone Withdrawal | ($2.00) | | $41.26 |
| WIL | 1/17/2007 11:11:09 AM | 68 | | | Sales | ($2.60) | | $43.26 |
| WIL | 1/10/2007 8:19:00 AM | 35 | | | Sales | ($23.70) | | $45.86 |
| WIL | 1/9/2007 7:07:55 PM | ITS0109 | | | Phone Withdrawal | ($1.00) | | $69.56 |
| WIL | 1/9/2007 2:55:21 PM | GIPP1206 | | | Payroll - IPP | $4.80 | | $70.56 |

# UNITED STATES DISTRICT COURT

District of __ARIZONA__

Jonathan Lee Riches ©

Plaintiff

V.

DMX A/K/A EARL SIMMONS

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, __Jonathan Lee Riches ©__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __FCI Williamsburg__

    Are you employed at the institution? __Yes__   Do you receive any payment from the institution? __.12 ¢ month__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?          ☑ Yes          ☐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. .12 ¢ month
    Prison Sweeping

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
    | e. | Gifts or inheritances | ☑ Yes | ☐ No |
    | f. | Any other sources | ☐ Yes | ☑ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

My family sends money so I can eat, I'm disabled and weigh 125 lbs

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No 

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.



| 9-13-07 | |
|---------|--|
| Date | Signature of Applicant |

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE OF PENAL INSTITUTION

I hereby certify that on _August 29_, 20 _07_, the prisoner herein had the following amount in his/her prisoner's trust fund account:

$10.53

_8/29/07_
Date

_____, Case Manager.
Authorized by the Act of July 7,
1955, as amended to administer
oaths (18 USC 4004).   _8/29/07_
FCI Williamsburg, SC

_____
Signature of authorized trust fund officer

_A. Jackson_
Printed or typed name of authorized officer

_Case Manager_
Title of authorized officer

_FCI Williamsburg, SC_
Name of institution

# AFFIDAVIT OF FACTS

I swear under the penalty of perjury the following to be true and correct:

My Name is Jonathan Lee Riches, I'm a Inmate at Fci williamsburg. I'm Indigent. I currently have $7.55 in my Account. I wish to proceed In Forma pauperis with my suit. I also enclosed my 6 months on my trust account along with certificate of Penal institution, I'm currently disabled. I receive medication for irritable bowel syndrome. I weigh 125 lbs at 5ft 10 inches. I wish to proceed In Forma pauperis

The Above, I declare under the penalty of perjury to be true and correct. Today is the 13th day of the 9th month in the year 2007 A.D

9-13-07

Respectfully

Jonathan Lee Riches



FIRST CLASS
FIRST CLASS

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

United States District Court
District of ARIZONA
O'Conner U.S. Courthouse
401 W. WAshington St.
Phoenix, AZ 85003

0500382117 C037